UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MEDASSIST-OP, INC.,**

    **Plaintiff,**

v.                                            Case No.  8:07-cv-2278-T-30TGW

**MICHAEL O. LEAVITT, Secretary, U.S.**
**Department of Health and Human Services,**
**Inc.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  On May 27, 2008, United States Magistrate Judge Thomas G. Wilson entered an Order granting Plaintiff's Counsel's Motion to Withdraw.  In the Order, Magistrate Judge Wilson indicated that Plaintiff, as a corporation, cannot appear *pro se* pursuant to Local Rule 2.03(e), M.D.Fla.  The Court gave Plaintiff until June 26, 2008, to retain new counsel and file a notice of appearance.  To date, Plaintiff has failed to retain new counsel.

It is therefore ORDERED AND ADJUDGED:

1. This action is **DISMISSED WITHOUT PREJUDICE**.
2. The Clerk is directed to close the file and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on July 8, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-2278.dismissal.frm